**United States District Court**
Southern District of Illinois
750 Missouri Avenue
East St. Louis, Illinois 62201

Chambers of
**MICHAEL J. REAGAN**
**U.S. DISTRICT JUDGE**

RECEIVED 2006 AUG 23 A 10: 54 FINANCIAL DISCLOSURE OFFICE

August 15, 2006

Committee on Financial Disclosure
One Columbus Circle N. E.
Washington, D.C. 20544

To Whom It May Concern:

Consistent with your letter to me of July 26, 2006, I enclose an original and three copies of an amended filing for calendar year 2005.

Sincerely,



Michael J. Reagan
United States District Judge

AMENDED REPORT

## FINANCIAL DISCLOSURE REPORT
### FOR CALENDAR YEAR 2005

AO 10
Rev. 1/2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Reagan, Michael J | Southern District of Illinois | 05/04/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge-active | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final | 01/01/2005 to 12/31/2005 |
| | 5b. ☒ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 750 Missouri Avenue<br>East St. Louis<br>Illinois 62201 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Central and Southern Illinois Federal Bar Association |
| 2. Director | Federal Judges Association |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. Various | I have a percentage interest in several contingent fee cases that were referred to the Law firm of Weilmuenster & Wigginton P.C. , Belleville, IL , (cntd Part 8 |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Fees from various clients paid to The Law Office of Michael J. Reagan (IRS form 1040, Schedule C, line 1) for work done prior to (cntd Part 8) | $ 8,069.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J | 05/04/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J | 05/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA- Janus Mutual Fund | A | Dividend | K | T | | | | | |
| 2. IRA - A.G. Edwards & Sons | | | | | | | | | |
| 3. -Agilent Technologies Inc. | A | Dividend | K | T | | | | | |
| 4. AT & T | A | Dividend | J | T | | | | | |
| 5. -Johnson & Johnson | A | Dividend | K | T | | | | | |
| 6. -Intel Corp. | A | Dividend | J | T | | | | | |
| 7. -Anheuser-Busch Co. Stock | A | Dividend | K | T | | | | | |
| 8. - Massey Energy Co. | A | Dividend | J | T | | | | | |
| 9. -Hewlitt-Packard Co. | A | Dividend | J | T | | | | | |
| 10. -Lucent Technologies Inc. Stock | A | Dividend | J | T | | | | | |
| 11. -Mckesson Stock | A | Dividend | J | T | | | | | |
| 12. -Sysco Co. Stock | B | Dividend | L | T | | | | | |
| 13. -United Technologies Co. Stock | A | Dividend | K | T | | | | | |
| 14. -William Wrigley Jr. Co. Stock | A | Dividend | K | T | | | | | |
| 15. Agere Systems | A | Dividend | J | T | | | | | |
| 16. Oshkosh Truck | A | Dividend | J | T | | | | | |
| 17. New York Times | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J | 05/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. J P Morgan Chase | A | Dividend | J | T | | | | | |
| 19. Comcast Corp. | A | Dividend | J | T | | | | | |
| 20. General Electric Stock | A | Dividend | K | T | | | | | |
| 21. Microsoft | A | Dividend | K | T | | | | | |
| 22. Centenial Money Market Tr | A | Dividend | K | T | Buy | Var | K | | |
| 23. Caterpillar, Inc. | A | Dividend | K | T | | | | | |
| 24. -Income Fund of America Mutual Fund (Purchased addnl shares) | A | Dividend | L | T | Buy | 12/28 | J | | |
| 25. Europacific Growth Fund Mutual Fund (Purchased addnl shares) | A | Dividend | L | T | Buy | 12/29 | J | | |
| 26. -Washington Mutual Investors Fund Mutual Fund (Pur add shrs) | A | Dividend | K | T | Buy | 12/20 | J | | |
| 27. Amcap Fund Mutual Fund (Purchased additional shares) | A | Dividend | K | T | Buy | 12/23 | J | | |
| 28. Account #1; A.G. Edwards & Sons, Inc. | | | | | | | | | |
| 29. -Intel Corp | A | Dividend | J | T | | | | | |
| 30. -Washington Mutial Investors Fund (Purchased addnl shares) | C | Dividend | L | T | Buy | 12/16 | J | | |
| 31. -Washington Mutual Investors | | None | | | Partial Sell | 11/07 | K | A | |
| 32. -Axcelis Co. | A | Dividend | | | Sell | 08/26 | J | A | |
| 33. -Capital World Growth & Income Fund | C | Dividend | L | T | Buy | 09/23 | J | | |
| 34. Capital World Growth & Income Fd (Purchased addnl shares) | | | | | Buy | 12/20 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J | 05/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fifth Third Bancorp | A | Dividend | | | Sold | 11/07 | J | A | |
| 36. Johnson & Johnson Stock | A | Dividend | | | Sold | 11/07 | J | B | |
| 37. AT & T Co. Stock | A | Dividend | | | Sold | 08/26 | J | A | |
| 38. Regions Financial Corp Stock | A | Dividend | K | T | | | | | |
| 39. Comcast | A | Dividend | | | Sell | 08/26 | J | B | |
| 40. Account - #2; A.G. Edwards & Sons | | | | | | | | | |
| 41. Capital Income Builder Fund | A | Dividend | | | Sell | 01/31 | J | A | |
| 42. New Economy Fund SBI Mutual Fund | A | Dividend | | | Sell | 01/31 | J | A | |
| 43. Centenial Money Market Tr | C | Dividend | K | T | Buy | Var | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Reagan, Michael J | 05/04/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART 2: Parties and Terms re: cntd ..., when I took the bench. I recuse from cases involving Weilmuenster & Wigginton P.C.. In cases where the clients chose representation other than Weilmuenster & Wigginton P.C., I have a quantuum meruit expectancy but no agreement.

PART 3: Source and Type re: Fees from, cntd ...taking the bench. Includes old AR's and fee splits for work performed prior to taking the bench but for which the client did not pay until 2005.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____  Date $8-15-06$

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Reagan, Michael J | Southern District of Illinois | 05/04/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge-active | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final | 01/01/2005 to 12/31/2005 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 750 Missouri Avenue East St. Louis Illinois 62201 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Central and Southern Illinois Federal Bar Association |
| 2. Director | Federal Judges Association |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. Various | I have a percentage interest in several contingent fee cases that were referred to the Law firm of Weilmuenster & Wigginton P.C. , Belleville, IL , (cntd Part 8 |
| 2. | |
| 3. | |

RECEIVED '06 MAY 31 AM 11:19 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J | 05/04/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Fees from various clients paid to The Law Office of Michael J. Reagan (IRS form 1040, Schedule C, line 1) for work done prior to (cntd Part 8) | $ 8,069.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J | 05/04/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J | 05/04/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA- Janus Mutual Fund | A | Dividend | K | T | | | | | |
| 2. IRA - A.G. Edwards & Sons | | | | | | | | | |
| 3. -Agilent Technologies Inc. | A | Dividend | K | T | | | | | |
| 4. AT & T | A | Dividend | J | T | | | | | |
| 5. -Johnson & Johnson | A | Dividend | K | T | | | | | |
| 6. -Intel Corp. | A | Dividend | J | T | | | | | |
| 7. -Anheuser-Busch Co. Stock | A | Dividend | K | T | | | | | |
| 8. - Massey Energy Co. | A | Dividend | J | T | | | | | |
| 9. -Hewlitt-Packard Co. | A | Dividend | J | T | | | | | |
| 10. -Lucent Technologies Inc. Stock | A | Dividend | J | T | | | | | |
| 11. -Mckesson Stock | A | Dividend | J | T | | | | | |
| 12. -Sysco Co. Stock | B | Dividend | L | T | | | | | |
| 13. -United Technologies Co. Stock | A | Dividend | K | T | | | | | |
| 14. -William Wrigley Jr. Co. Stock | A | Dividend | K | T | | | | | |
| 15. Agere Systems | A | Dividend | J | T | | | | | |
| 16. Oshkosh Truck | A | Dividend | J | T | | | | | |
| 17. New York Times | A | Dividend | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J | 05/04/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. J P Morgan Chase | A | Dividend | J | T | | | | | |
| 19. Comcast Corp. | A | Dividend | J | T | | | | | |
| 20. General Electric Stock | A | Dividend | K | T | | | | | |
| 21. Microsoft | A | Dividend | K | T | | | | | |
| 22. Centenial Money Market Tr | A | Dividend | K | T | | | | | |
| 23. Caterpillar, Inc. | A | Dividend | K | T | | | | | |
| 24. -Income Fund of America Mutual Fund (Purchased addnl shares) | A | Dividend | L | T | Buy | 12/28 | J | | |
| 25. Europacific Growth Fund Mutual Fund (Purchased addnl shares) | A | Dividend | L | T | Buy | 12/29 | J | | |
| 26. -Washington Mutual Investors Fund Mutual Fund (Pur add shrs) | A | Dividend | K | T | Buy | 12/20 | J | | |
| 27. Amcap Fund Mutual Fund (Purchased additional shares) | A | Dividend | K | T | Buy | 12/23 | J | | |
| 28. Account #1; A.G. Edwards & Sons, Inc. | | | | | | | | | |
| 29. -Intel Corp | A | Dividend | J | T | | | | | |
| 30. -Washington Mutial Investors Fund (Purchased addnl shares) | C | Dividend | L | T | Buy | 12/16 | J | | |
| 31. -Washington Mutual Investors | | None | | | Partial Sell | 11/07 | K | A | |
| 32. -Axcelis Co. | A | Dividend | J | T | Sell | 08/26 | J | A | |
| 33. -Capital World Growth & Income Fund | C | Dividend | L | T | Buy | 09/23 | J | | |
| 34. Capital World Growth & Income Fd (Purchased addtnl shares) | | | | | Buy | 12/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J | 05/04/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fifth Third Bancorp | A | Dividend | J | T | Sold | 11/07 | J | A | |
| 36. Johnson & Johnson Stock | A | Dividend | J | T | Sold | 11/07 | J | B | |
| 37. AT & T Co. Stock | A | Dividend | J | T | Sold | 08/26 | J | A | |
| 38. Regions Financial Corp Stock | A | Dividend | K | T | | | | | |
| 39. Comcast | A | Dividend | J | T | Sell | 08/26 | J | B | |
| 40. Account - #2; A.G. Edwards & Sons | | | | | | | | | |
| 41. Capital Income Builder Fund | A | Dividend | J | T | Sell | 01/31 | J | A | |
| 42. New Economy Fund SBI Mutual Fund | A | Dividend | J | T | Sell | 01/31 | J | A | |

| 1. Income Gain Codes: (See Columns B I and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART 2: Parties and Terms re: cntd ...: when I took the bench. I recuse from cases involving Weilmuenster & Wigginton P.C.. In cases where the clients chose representation other than Weilmuenster & Wigginton P.C., I have a quantuum meruit expectancy but no agreement.

PART 3: Source and Type re: Fees from, cntd ... taking the bench. Includes old AR's and fee splits for work performed prior to taking the bench but for which the client did not pay until 2005.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature                                                                 Date 5/12/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544